## STAPP v. STATE.
### No. 16061.

Court of Criminal Appeals of Texas.
May 24, 1933.

Sanders & McIntosh, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for unlawfully possessing intoxicating liquor for the purpose of sale, punishment being one year in the penitentiary.

The indictment is in proper form. The record contains no statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.